IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN J. WILLEVER (As Trustee), <br><br> Plaintiff, <br><br> v. <br><br> GMAC MORTGAGE, LLC, d/b/a Ditech, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:12-CV-0386-SCJ |

## ORDER

It has come to the Court's attention that it's Order of February 8, 2012 [Doc. No. 5] setting a briefing schedule on plaintiff's Motion for Temporary Restraining Order [Doc. No. 2] was inadvertently mailed by the Clerk to an incorrect party and therefore plaintiff Brian J. Willever was not properly served. The Clerk is therefore **ORDERED** to serve upon plaintiff a copy of the Court's Order [Doc. No. 5] as well as a copy of Defendant's Response in Opposition to Plaintiff's Application for Temporary Restraining Order [Doc. No. 6] as filed February 15, 2012. Plaintiff Brian J. Willever is **ORDERED** to file his reply brief within fourteen (14) days of the entry of this Order in accordance with the direction set forth in the Court's prior Order of February 8, 2012.

**IT IS SO ORDERED**, this 6th day of March, 2012.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE