FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 6 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN J. WILLEVER (AS TRUSTEE), | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:12-CV-0386-SCJ |
| GMAC MORTGAGE, LLC ) D/B/A DITECH, | |
| Defendant. | |

Notice of Non-Suit

Comes Now Plaintiff Brian J. Willever (As Trustee) and voluntarily provides Notice of Non-Suit

This 16th day of March, 2012

_____ (As Trustee)
Brian J. Willever (As Trustee)
Box 2107
Acworth GA 30102

# CERTIFICATE of SERVICE

This is to certify that I have this date filed the within and foregoing with the Northern District of Georgia Court, Atlanta Division and that I have also served a copy of same via US mail, with adequate first-class postage affixed thereto, addressed as follows;

Troutman Sanders, LLP
600 Peachtree Street, N.E. Suite 5200
Atlanta GA 30308-2216
ATTN: Teah N. Glenn

This 16th day of March, 2012

*(signature)* (as Trustee)
Brian J. Willever (As Trust)
Box 2107
Acworth GA 30102